

AUSA Tiffany Ardam (312) 353-0951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 25CR552 |
| v. | M. DAVID WEISMAN |
| BRUCE DUSHAWN DELMARGO | Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, ALBERTO GALARZA, appearing before United States Magistrate Judge M. DAVID WEISMAN by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that BRUCE DUSHAWN DELMARGO has been charged by Indictment in the Northern District of Illinois with the following criminal offense: distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) (Counts One and Two) and possession of a firearm by a person conviction of a domestic violence offense, in violation of Title 18, United States Code, Section 922(g)(9) (Counts Three).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

*Alberto Galarza*
ALBERTO GALARZA
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 8th day of September, 2025.

*M. David Weisman*
M. DAVID WEISMAN
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 25-CR-63 |
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | Counts 1-2 |
| DELMARGO DUSHAWN BRUCE, | ) | 21 U.S.C. § 841(a)(1): Distribution of a Controlled Substance |
| Defendant. | ) | Count 3 |
| | ) | 18 U.S.C. § 922(g)(9): Possession of a Firearm by a Person Convicted of Domestic Violence |

The Grand Jury charges:

## Count 1

### Distribution of a Controlled Substance

On or about July 1, 2024, in the Northern District of Iowa, defendant DELMARGO DUSHAWN BRUCE did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 2

### Distribution of a Controlled Substance

On or about July 19, 2024, in the Northern District of Iowa, defendant DELMARGO DUSHAWN BRUCE did knowingly and intentionally distribute a

mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 3

**Possession of a Firearm by a Person Convicted of Domestic Violence**

On or about August 1, 2024, in the Northern District of Iowa, defendant DELMARGO DUSHAWN BRUCE, knowing he had previously been convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm, specifically, a Ruger Security-9, 9mm Luger caliber pistol, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following misdemeanor crime of domestic violence: Domestic Abuse Assault Causing Injury, in the Iowa District Court for Johnson County, on or about January 22, 2015, in case number SRCR107442.

This was in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

TIMOTHY T. DUAX
United States Attorney

By: /s/ ADAM J. VANDER STOEP

ADAM J. VANDER STOEP
Assistant United States Attorney

A TRUE BILL

[signature redacted]                 7/22/2025
Grand Jury Foreperson              Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 7/22/2025
PAUL DE YOUNG, CLERK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

RECEIVED
By USMS N/IA at 10:34 am, Jul 23, 2025

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 25-CR-63 |
| Delmargo Dushawn Bruce | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Delmargo Dushawn Bruce,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).
Possession of a Firearm by a Person Convicted of Domestic Violence in violation of Title 18, United States Code, Section 922(g)(9).

Date: 07/22/2025

*Issuing officer's signature*

City and state:   Cedar Rapids, Iowa       MARK A. ROBERTS, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*